FRANK ADAMO, as Executor of the Estate of NORMA ROSE, Deceased, et al., Appellants, v BROWN & WILLIAMSON TOBACCO CORPORATION, as Successor in Interest to AMERICAN TOBACCO, et al., Respondents, et al., Defendant.

Submitted December 8, 2008; decided December 16, 2008

Motion to substitute Frank Adamo, as Executor of the Estate of Norma Rose, as a party appellant herein for appellant Norma Rose granted.

VIVIA AMALFITANO et al., Respondents, v ARMAND ROSENBERG, Appellant.

Submitted December 1, 2008; decided December 16, 2008

Motion by James J. Melcher for leave to file a brief amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed.